LODGED #2240
JS15.1

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

RECEIVED C/CA
U.S. MARSHALS SERVICE
2019 AUG 20 AM 7:49

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV 19-007032 RGK-PJWx |
|---|---|
| DEFENDANT<br>Approximately $1,412,085.94 in Bank Funds Seized from USAA Savings Account '2155, et al. | TYPE OF PROCESS<br>Complaint/Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA John J. Kucera<br>312 N. Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

RECEIVED C/CA
U.S. MARSHALS SERVICE
2019 OCT 15 AM 10:__

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please seize defendant assets.
CATS ID No.: 19-USP-000515, 19-USP-000516, 19-USP-000517, 19-USP-000518

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>213-894-3391 | DATE<br>8-15-2019 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>Pat Nugent | Date<br>8/19/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>9-6-19 | Time<br>4:19 ☐ am ☒ pm |
|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>65.00 | Total Mileage Charges (including endeavors)<br>— | Forwarding Fee<br>— | Total Charges<br>65.00 | Advance Deposits<br>— | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>— |
|---|---|---|---|---|---|

REMARKS

19-USP-000515 - $1,422,147.37
19-USP-000516 - $1,503,927.14
19-USP-000517 - $1,412,085.94
19-USP-000519 - $1,453,008.51

9-6-19 - In USMS custody

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18